NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER E. HARDING, III,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3091

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100064-I-1.

---

## ON MOTION

---

## ORDER

Sylvester E. Harding, III moves for reconsideration of the court's order denying his motion for summary judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUL  6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sylvester E. Harding, III
      Renee Gerber, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 0 6 2011**

**JAN HORBALY**
**CLERK**